THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Avery M. Wells, Petitioner,
 
 
 

v.

 
 
 
 State of South Carolina, Respondent.
 
 
 

Appeal From Richland County
 James R. Barber, Circuit Court Judge

Memorandum Opinion No. 2005-MO-047
Submitted September 22, 2005 - Filed October 10, 2005

AFFIRMED

 
 
 
 Acting Deputy Chief Attorney Wanda P. Carter, of the Office of Appellate Defense, of Columbia, for petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Assistant Attorney General Christopher L. Newton, all of Columbia, for respondent.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Gentry, 363 S.C. 93, 610 S.E.2d 494 (2005) (defendant must raise an issue regarding the sufficiency of the indictment before the jury is sworn in order to preserve the issue for appellate review).

AFFIRMED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.